UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

Sadiq Malik                                          Case No: 23-18438-LMI
                                                     Chapter 13
_____Debtor_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Debtor's Motion to Determine Joint Creditors and Notice of Hearing was sent to all parties on the attached service list on December 27, 2023.

Electronically: Nancy K. Neidich, Trustee

First Class Mail:

Debtor(s), Sadiq Malik
15720 Bull Run RD, APT 175,
Miami Lakes, FL 33014-8138

And to all creditors on the matrix.

Respectfully submitted:            **Jose A. Blanco, P.A.**
December 27, 2023                  By: */s/ Jose A. Blanco* | FBN: 062449
                                   Attorney for Debtor(s)
                                   102 E 49th ST
                                   Hialeah, FL 33013,
                                   Tel. (305) 349-3463
                                   E-mail: jose@blancopa.com