```
Label Matrix for local noticing          Affirm, Inc.                              Amex
113C-1                                   Attn: Bankruptcy                          Correspondence/Bankruptcy
Case 23-18438-LMI                        650 California St, Fl 12                  Po Box 981540
Southern District of Florida             San Francisco, CA 94108-2716              El Paso, TX 79998-1540
Miami
Mon Nov  6 11:05:55 EST 2023

(p)APPLIED BANK                          Bank of America                           Barclays Bank Delaware
PO BOX 15809                             Attn: Bankruptcy                          Attn: Bankruptcy
WILMINGTON DE 19850-5809                 4909 Savarese Circle                      125 South West St
                                         Tampa, FL 33634-2413                      Wilmington, DE 19801-5014


CFNA/Credit First Natl Assoc             Capital One                               Cbna
Attn: Bankruptcy                         Attn: Bankruptcy                          Attn: Centralized Bankruptcy/Citicorp
Po Box 81315                             Po Box 30285                              Po Box 790034
Cleveland, OH 44181-0315                 Salt Lake City, UT 84130-0285             St Louis, MO 63179-0034


(p)JPMORGAN CHASE BANK  N A              Checksystems                              Child Support Enforcement
BANKRUPTCY MAIL INTAKE TEAM              7805 Hudson Rd                            PO Box 8030
700 KANSAS LANE FLOOR 01                 Saint Paul, MN 55125-1594                 Tallahassee, FL 32314-8030
MONROE LA 71203-4774


Citibank/Best Buy                        Citibank/NBT                              (p)CITIZENS BANK N A
Citicorp Cr Srvs/Centralized Bankruptcy  Citi Corp Credit Services Centralized Ba  ATTN BANKRUPTCY TEAM
Po Box 790040                            Po Box 790040                             ONE CITIZENS BANK WAY
St Louis, MO 63179-0040                  St Louis, MO 63179-0040                   JCA115
                                                                                   JOHNSTON RI 02919-1922


Comenity Capital/Gamestop                Costco Citi Card                          (p)INTERNAL REVENUE SERVICE
Attn: Bankruptcy                         Attn: Bankruptcy                          CENTRALIZED INSOLVENCY OPERATIONS
Po Box 182125                            Po Box 6500                               PO BOX 7346
Columbus, OH 43218-2125                  Sioux Falls, SD 57117-6500                PHILADELPHIA PA 19101-7346


(p)EQUIFAX  INC                          Experian                                  Fifth Third Bank
1550 Peachtree Street NE                 Attn: Bankruptcy Dept.                    Attn: Bankruptcy
Atlanta, GA 30309                        P.O. Box 2002                             Maildrop RCS83E 1830 E Paris Ave SE
                                         Allen, TX 75013-2002                      Grand Rapids, MI 49546


Florida Department Of Revenue            Goldman Sachs Bank USA                    (p)U S  ATTORNEY'S OFFICE
5050 W Tennessee St                      Attn: Bankruptcy                          99 NE 4TH STREET SUITE 300
Tallahassee, FL 32399-0110               Po Box 70379                              MIAMI FL 33132-2131
                                         Philadelphia, PA 19176-0379


Honorable Merrick Garland                IRS Centralized Bankruptcy Department     Navient
Attorney General                         PO Box 7346                               Attn:  Bankruptcy
Dept of Justice #4400                    Philadelphia, PA 19101-7346               Po Box 9500
950 Pennsylvania Ave NW                                                            Wilkes Barre, PA 18773-9500
Washington, DC 20530-0009


Navient                                  Office of the US Trustee                  Santander Consumer USA, Inc
Attn: Bankruptcy                         51 S.W. 1st Ave.                          Attn: Bankruptcy
Po Box 9640                              Suite 1204                                Po Box 961245
Wilkes-Barr, PA 18773-9640               Miami, FL 33130-1614                      Fort Worth, TX 76161-0244
```

| | | |
|---|---|---|
| (p)SOUTH BROWARD HOSPITAL DISTRICT<br>ATTN D/B/A MEMORIAL HEALTHCARE SYSTEM<br>3111 STIRLING RD<br>C/O LEGAL DEPARTMENT<br>HOLLYWOOD FL 33312-6566 | Syncb/Pandora<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Syncb/Rooms To Go<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/Care Credit<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/JCPenney<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony/PayPal Credit<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Target<br>c/o Financial & Retail Srvs<br>Mailstop BT POB 9475<br>Minneapolis, MN 55440-9475 | The Graham Companies<br>6843 Main ST<br>Miami Lakes, FL 33014-2048 | Transunion<br>Attn: Bankruptcy Dept.<br>P.O. Box 2000<br>Chester, PA 19016-2000 |
| Jose A Blanco<br>Jose A. Blanco, P.A.<br>102 E 49th ST<br>Hialeah, FL 33013-1853 | Nancy K. Neidich<br>www.ch13miami.com<br>POB 279806<br>Miramar, FL 33027-9806 | Sadiq Malik<br>15720 Bull Run Rd #175<br>Miami Lakes, FL 33014-2181 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Applied Bank<br>4700 Exchange Court<br>Boca Raton, FL 33431 | Chase Card Services<br>Attn: Bankruptcy<br>P.O. 15298<br>Wilmington, DE 19850 | Citizens Bank<br>Attn: Bankruptcy<br>1 Citizens Plaza,<br>Providence, RI 02903 |
| Department of the Treasury<br>PO Box 21126<br>Philadelphia, PA 19114 | Equifax<br>Attn: Bankruptcy Dept.<br>P.O. Box 740241<br>Atlanta, GA 30374 | Honorable Markenzy Lapointe<br>US Attorney for Southern District<br>99 NE 4 St<br>Miami, FL 33132 |
| South Broward Hospital District<br>3111 Stirling Road<br>Fort Lauderdale, FL 33312 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Miami | (d)Navient<br>Attn: Bankruptcy<br>Po Box 9500<br>Wilkes-Barre, PA 18773-9500 | End of Label Matrix<br>Mailable recipients    41<br>Bypassed recipients     2<br>Total                  43 |